IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

FILED
JUN 19 2001
Phil Lombardi, Clerk
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Case No. 01-CR-49 M

WILLIAM LEE SMITH,

Defendant.

## VERDICT FORM- NOT GUILTY

We, the Jury in the above-styled cause, find that the Defendant William Lee Smith is not guilty of the offense of assaulting by striking, beating, or wounding his ex-spouse, in violation of Title 18 United States Code, Sections 1151, 1152, and 113(a)(4).

6/19/01
DATE

_____
FOREPERSON